UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Douglas Wayne Fox Jr #250200110

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Arthur H. Clarke III P-29110

FILED - GR
February 6, 2023 2:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB / 2/6

1:23-cv-142
Robert J. Jonker
U.S. District Judge

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?  Yes ☒  No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   7-B Judicial District Judicial Circuit, State of Michigan Van Buren

2. Is the action still pending?  Yes ☒  No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?  Yes ☐  No ☐
4. Is the appeal still pending?  Yes ☐  No ☐

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☐

   a. If so, explain: Similar, They are violated my rights in more ways than one, but the Judge he was wrong

II. **Parties**

   A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff DOUGLAS WAYNE FOX JR

Place of Present Confinement VAN BUREN COUNTY JAIL

Address 205 S KALAMAZOO ST. PAW PAWS MI 49079

Place of Confinement During Events Described in Complaint VAN BUREN CO. JAIL

   B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 ArtHur H. Clarke III P-29110
Position or Title Judge
Place of Employment STATE OF Michigan 7-B Judicial District Judicial Circuit Court
Address 1007 E. Wells Street South Haven MI 49090
Official and/or personal capacity? Official & Personal

Name of Defendant #2 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

Name of Defendant #3 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

Name of Defendant #4 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 1/25/2023 in court I asked Judge Clarke on record to remove my attorney from my case that I have a civil suite against him and against Emily Jipp plus I also have a grievance against Mr. Gary Stewart my attorney. So there's a conflict of interest. I wanted to represent myself. Judge told me to set down shut my mouth. The Judge did not act in a professional manner, he violated my due prosses rights, my 14 day Rule was violated he did even let me present my evidence, only the prosuctor was allowed to do what ever she wanted. This is not right. This court system in Paw Paw MI. Is bad please look into this

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I would like for the courts to look into this matter. To see why and how they keep doing this to people. I've lost time I'll never get back. All because these Judges + lawyers are a tight nit Family they get away with violating ones rights at will. I want to sue! my case are all 100% facts!

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

1-30-2023
**Date**

*Doug ___ Jr*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -                                                                 (W.D. Mich. Form – Last Revised: September 2021)

Inmate: Fox Douglas
Van Buren County Sheriff
JAIL
205 S Kalamazoo Street
Paw Paw, MI 49079

THIS MAIL IS FROM A
PERSON INCARCER[ATED]
THE VAN BUREN C[OUNTY]

U.S. District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids MI
49503



US POSTAGE — PITNEY BOWES
Jail Adm
ZIP 49009
02 4W   MD 000.84
0000375737 FEB 02 2023

4950332363 C040